# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| JOCELYNE WELCH, | ) |
|           PLAINTIFF | ) ) ) |
| v. | )    CIVIL NO. 2:17-CV-186-DBH ) |
| THE AMERICAN RED CROSS, NORTHERN NEW ENGLAND REGION, | ) ) ) ) |
|           DEFENDANT | ) ) |

## FURTHER ORDER ON DEFENDANT'S MOTION TO DISMISS

In the absence of any response by the plaintiff to my Decision and Order on Motion to Dismiss of June 27, 2017, the defendant's motion to dismiss Count I is **GRANTED** as to any claims of failure to accommodate that precede the employer's September 10, 2015, decision to deny the plaintiff further leave and terminate her employment.

SO ORDERED.

DATED THIS 12TH DAY OF JULY, 2017

                                                                                   /S/D. BROCK HORNBY
                                                                                   **D. BROCK HORNBY**
                                                                                    **UNITED STATES DISTRICT JUDGE**